**Order entered April 17, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01083-CV

### MICHAEL D. HEATLEY, HEATLEY CAPITAL CORPORATION, AND HC DEVELOPERS, LLC, Appellants

### V.

### RED OAK 86, LP. AND CHARLES JOHNSON, Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-09010**

## ORDER

Before the Court is court reporter Vielica Dobbins's April 12, 2019 letter informing the Court the record is ready to be filed, but final payment has not been received. Accordingly, we **ORDER** appellants to file, no later than April 28, 2019, written verification they have paid for the record. We caution appellants that, failure to comply, may result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/     KEN MOLBERG
           JUSTICE